RECEIVED
JUN 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JERMAINE MARIE NARCISSE | CIVIL ACTION NO. 6:16-cv-00727 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this _15_ day of _June_, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE